IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02314-AP

NANCY S. WOLFF,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.      APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| William E. Benjamin<br>5350 Manhattan Circle, Suite 105<br>Boulder, CO 80303<br>303-442-9005<br>Wbenjaminlaw@ecentral.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** November 2, 2007
    B. **Date Complaint Was Served on U.S. Attorney's Office:** December 5, 2007
    C. **Date Answer and Administrative Record Were Filed:** February 4, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

    A. **Plaintiffs Opening Brief Due:** March 25, 2008
    B. **Defendant's Response Brief Due:** April 25, 2008
    C. **Plaintiffs Reply Brief (If Any) Due:** May 15, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B. **Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

   THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 22nd day of February, 2008.

   BY THE COURT:

   *S/John L. Kane*
   U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ William E. Benjamin 2/22/08
William E. Benjamin
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
303-442-9005
Wbenjaminlaw@ecentral.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum 2/22/08
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov